HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar # 141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700

Attorney for Petitioner
ROBERT EDWARD MENKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MENKE,<br><br>        Petitioner,<br><br>    v.<br><br><br>FELICIA PONCE, WARDEN,<br><br>        Respondent. | NO. 2:15-cv-01524-JAM-EFB HC<br><br>[~~PROPOSED~~] ORDER GRANTING STAY |

For good cause shown, Petitioner's unopposed request to stay further action in this section 2241 matter is GRANTED.  This matter shall be held in abeyance until such time as the Ninth Circuit grants or denies Petitioner's application for leave to file a second or successive habeas petition. Petitioner will notify the Court with 14 days of a ruling on his application.  Petitioner's "motion to amend" the order granting respondent an extension of time to respond to the petition (ECF No. 19) is denied as moot.

DATED:  June 20, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE